UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRLOW LLC,

      Plaintiff,                                    Case No. 1:06-CV-375

v                                              Hon. Hugh W. Brenneman, Jr.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.
_____/

**JUDGMENT**

      In accordance with the Opinion entered this date;

      Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives' Motion for Summary Judgment (docket no. 38) is GRANTED, and this case is dismissed.

      IT IS SO ORDERED.


Dated: March 28, 2008                        /s/ Hugh W. Brenneman, Jr.
                                              HUGH W. BRENNEMAN, JR.
                                              United States Magistrate Judge